# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOORE, et al.,<br><br>                                      Plaintiff,<br>  vs.<br>R.E. STAITE ENGINEERING INC.,<br><br>                                      Defendant. | CASE NO. 07cv718-JM (WMc)<br><br>ORDER |

     On December 18, 2008, a hearing was held on Plaintiff's Motion for Final Approval of Class Settlement. Participating were Timothy Bricston, Esq.(counsel for plaintiff). Stephan Cohn, Esq.(counsel for plaintiff) and Greg Klawitter, Esq.(counsel for defendant). After hearing from counsel of record, the Court finds good cause to grant Plaintiff's motion and will sign the proposed order submitted by the parties.

     IT IS SO ORDERED.

DATED: December 27, 2008

                                                         Hon. William McCurine, Jr.
                                                         U.S. Magistrate Judge
                                                         United States District Court